## NIEDECKEN v. STATE.

No. 18438.

Court of Criminal Appeals of Texas.

June 10, 1936.

W. J. Arrington, of Hamlin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for swindling, punishment assessed being a fine of $10 and one day in jail.

The record contains neither statement of facts nor bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.